DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DENNIS CHRISTIAN,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY FSB** d-b-a **CHRISTIANA TRUST NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF SECURITIZED MORTGAGE ASSET LOAN TRUST 2015-1,**
Appellee.

No. 4D21-1429

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 19-001501.

Mark D. Feinstein of Feinstein & Sorota, P.A., Fort Lauderdale, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***